IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE C. CONLEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-cv-03503 |
| | ) | |
| WMS INDUSTRIES, INC., BRIAN R. GAMACHE, SCOTT D. SCHWEINFURTH, and ORRIN J. EDIDIN, | ) ) ) | Judge James B. Zagel |
| | ) | Magistrate Judge Young Kim |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AGREED MOTION FOR LEAVE TO FILE MEMORANDA
IN EXCESS OF 15 PAGES AND TO SET A BRIEFING SCHEDULE**

Defendants WMS Industries, Inc., Brian R. Gamache, Scott D. Schweinfurth, and Orrin J. Eddin ("Defendants"), by and through their attorneys and with the agreement of Lead Plaintiff's counsel, hereby move this Court (i) for leave to file memoranda in excess of 15 pages in connection with Defendants' motion to dismiss Lead Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"), and (ii) to set a briefing schedule for said motion to dismiss. In support of the instant motion, Defendants state as follows:

1. On May 25, 2011, plaintiff Wayne C. Conlee filed against Defendants a 22-page Complaint for Violations of the Federal Securities Laws. *See* Dkt. #1.

2. On August 4, 2011, the Court granted Kenneth Zeitlin's motion for appointment as Lead Plaintiff in this action. *See* Dkt. #25.

3. On September 29, 2011, the Court ordered that Lead Plaintiff serve his complaint by October 13, 2011, and that Defendants answer or otherwise respond to that complaint by December 8, 2011. *See* Dkt. #29.

4. On October 13, 2011, Lead Plaintiff filed a 49-page Class Action Complaint for Violations of the Federal Securities Laws. *See* Dkt. #30. The Complaint asserts violations of § 10(b) of the Securities Exchange Act of 1934 ("the 1934 Act") and Rule 10b-5 against all defendants and violation of § 20(a) of the 1934 Act against the individual defendants. *See generally id.*

5. In order to respond adequately to the numerous pleading issues raised by Lead Plaintiff's 49-page Complaint, Defendants request leave to file a memorandum exceeding the 15-page limitation set forth in Local Rule 7.1, but not to exceed forty (40) pages.

6. Defendants additionally request on behalf of the parties that the Court permit Lead Plaintiff to file a response of up to forty (40) pages and Defendants to file a reply of up to twenty (20) pages.

7. As no further briefing schedule has been set, Defendants request that the Court grant Lead Plaintiff until **February 6, 2012** to file a response to Defendants' motion to dismiss, and that the Court grant Defendants until **March 7, 2012** to file a reply.

8. Counsel for Defendants has conferred with Lead Plaintiff's counsel, who has indicated that Lead Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request leave to file memoranda in excess of the page limitation set by Local Rule 7.1. Defendants further request that the Court set a briefing schedule for Defendants' motion to dismiss as detailed above. Defendant further request any other relief the Court deems appropriate.

Dated: November 28, 2011

        Respectfully submitted,
        /s/ B. John Casey
        One of the Attorneys for Defendants

Sean M. Berkowitz
Zachary T. Fardon
B. John Casey
Sue K. Paik
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767