# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WAYNE C. CONLEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11-cv-03503 |
| ) | |
| WMS INDUSTRIES INC., BRIAN R. ) | Judge James B. Zagel |
| GAMACHE, SCOTT D. SCHWEINFURTH, ) | |
| and ORRIN J. EDIDIN, ) | Magistrate Judge Young Kim |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO WITHDRAW

Attorney B. John Casey moves this Court for permission to withdraw as counsel for Defendants WMS Industries Inc., Brian R. Gamache, Scott D. Schweinfurth, William H. Pfund, and Orrin J. Edidin ("Defendants") and, in support of the motion, states as follows:

1. I currently represent Defendants WMS Industries Inc., Brian R. Gamache, Scott D. Schweinfurth, and Orrin J. Edidin. My colleagues at Latham & Watkins LLP also represent Defendants.

2. I seek leave to withdraw my appearance on behalf of Defendants.

3. Latham & Watkins LLP will continue to represent Defendants.

4. I have informed Defendants of my withdrawal, and Defendants have no objection.

5. My withdrawal will not delay trial or otherwise prejudice Defendants or the Plaintiff, Wayne C. Conlee.

CH\1355538.1

6.     WHEREFORE, the undersigned respectfully request that this Honorable Court enter an order granting B. John Casey leave to withdraw as counsel for Defendants WMS Industries Inc., Brian R. Gamache, Scott D. Schweinfurth, William H. Pfund, and Orrin J. Edidin.

Date:   April 27, 2012

                Respectfully submitted,

                /s/ B. John Casey_____

                LATHAM & WATKINS LLP
                233 South Wacker Drive
                Suite 5800
                Chicago, Illinois 60606
                Telephone:   312-876-7700
                Facsimile:   312-993-9767

CH\1355538.1