UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Wayne C. Conlee, et al.
                          Plaintiff,

v.                                                     Case No.: 1:11−cv−03503
                                                             Honorable James B. Zagel

WMS Industries Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2014:

       MINUTE entry before the Honorable James B. Zagel: Final approval hearing held. Plaintiff's Motion for Settlement [102] is granted. The matter is dismissed with prejudice. Enter Final Judgment and Order of Dismissal with Prejudice. Counsel shall submit an Order Awarding Attorneys' Fees and an Order Approving Plan of Distribution for entry on the docket. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.